# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-854

_____

ISAAC BROWN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 22, 2020


PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

LEWIS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Isaac Brown, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.